David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Robert R. Henry
Chief Deputy Clerk

December 20, 2006

TO: Jaime J. Laporte, Esq.
Linn Freedman, Esq.
John Bulman, Esq.

RE: Ronald Coia, et al v. Royal Drywall
CA 04-267ML

Dear Counselors:

Judge Lisi is requesting a written status report relative to the above-captioned cases. Kindly submit a written status report by **January 3, 2007.**

Thank you for your attention to this matter.

Very truly yours,

Barbara Barletta

Barbara Barletta
Deputy Clerk