UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD M. COIA
As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO

Plaintiff

v. C.A. No. 04-267ML

ROYAL DRYWALL & CONSTRUCTION CO, INC.

Defendant

v.

O. AHLBORG & SONS, INC.

**ORDER**

This matter came to be heard before the Honorable Court on a status conference on May 17, 2007. Defendant, Royal Drywall & Construction Co., Inc. is hereby ordered to provide the Court notification of its intent to proceed with arbitration against O. Ahlborg & Sons, Inc. no later than Tuesday, May 22, 2007. If Royal Drywall & Construction Co., Inc. does not provide

the Court with such notice, Defendant's Third Party Complaint against O. Ahlborg & Sons, Inc. will be dismissed.

Further, the stay of Plaintiffs' claims against Royal Drywall & Construction Co., Inc. is lifted. Plaintiffs have until Tuesday, May 22, 2007 to notify the Court of its intention to proceed with its claims against the Defendant. If it does not provide the Court with such notice, the Plaintiffs' Complaint will be dismissed.

ENTERED:

Barbara Barletta
Clerk

BY ORDER:

Mary M. Lisi
Judge Mary M. Lisi 5/18/07

Respectfully submitted,

ROYAL DRYWALL & CONSTRUCTION CO., INC.
By its Attorney,

/s/ Linn F. Freedman

Linn F. Freedman, Esq. (#4778)
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Telephone: 401-454-1108
Facsimile: 866-807-6614

Dated: May 18, 2007