UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA<br>As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, | : | |
| v. | : | C.A. No. 04-267ML |
| ROYAL DRYWALL & CONSTRUCTION CO., INC. | : | |
| v.<br>O. AHLBORG & SONS, INC. | : | |

**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF**
**<u>PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Fed. R. Civ. P. 56 and Rule 56 (Civil) of the Local Rules of this Court, Plaintiffs, Ronald M. Coia, as trustee of the Rhode Island Laborers' Health Fund, et al. (collectively, the "Rhode Island Laborers") hereby submit the following statement of undisputed facts in support of their motion for summary judgment:

1. On August 10, 2002, Royal Drywall & Construction, Co., Inc. ("Royal Drywall") signed a Rhode Island Laborers' District Council Agreements Building and Site Construction

Agreement Acceptance of Agreements and Declaration of Trust (“Declaration of Trust”). A copy of the Declaration of Trust is attached to Plaintiffs’ Complaint as Exhibit B.

2. By signing the Declaration of Trust, Royal Drywall agreed to be a party to the collective bargaining agreement by and between the Associated General Contractors of American, Inc., RI Chapter, Labor Relations Division, dated June 1, 2001, and the Rhode Island Laborers’ District Council of the Laborers’ International Union of North America acting on behalf of Construction and General Laborers’ Local Union 15, Westerly, Local Union 271, Providence, and Local Union 673, Newport, Rhode Island (hereinafter, the “Agreement”). A copy of the Agreement is attached to Plaintiffs’ Complaint as Exhibit A.

3. By signing the Declaration of Trust, Royal Drywall also agreed to make “contributions to the Rhode Island Laborers’ Health Fund, Rhode Island Laborers’ Pension Fund, Rhode Island Laborers’ Unified Trust Fund, New England Laborers’ Training Fund, Rhode Island Laborers’ Legal Service Fund, Rhode Island Laborers’ Annuity Fund, the New England Laborers’ Labor-Management Cooperation Trust Fund, and the New England Laborers’ Health and Safety Fund.” *See* Exhibit B to Plaintiffs’ Complaint.

4. Pursuant to the Agreement, Royal Drywall was obligated to pay four dollars and seventy-five cents ($4.75) per hour worked by each employee covered under the terms of the Agreement to the Rhode Island Laborers’ Health Fund. *See* Exhibit A to Plaintiffs’ Complaint at page 13.

5. Pursuant to the Agreement, Royal Drywall was obligated to pay three dollars and sixty cents ($3.60) per hour worked by each employee covered under the terms of the Agreement to the Rhode Island Laborers’ Pension Fund. *See* Exhibit A to Plaintiffs’ Complaint at page 14.

6. Pursuant to the Agreement, Royal Drywall was obligated to pay thirty cents (30¢) per hour worked by each employee covered by the terms of the Agreement to the New England Laborers' Training Trust Fund. *See* Exhibit A to Plaintiffs' Complaint at page 15.

7. Pursuant to the Agreement, Royal Drywall was obligated to pay fifteen cents (15¢) per hour worked by each employee covered by the terms of the Agreement to the New England Laborers' Labor Management Cooperation/Trust Fund. *See* Exhibit A to Plaintiffs' Complaint at page 16.

8. Pursuant to the Agreement, Royal Drywall was obligated to pay fifteen cents (15¢) per hour worked by each employee covered by the terms of the Agreement to the New England Laborers' Health & Safety Fund. *See* Exhibit A to Plaintiffs' Complaint at page 17.

9. Pursuant to the Agreement, Royal Drywall was obligated to pay one dollar and fifty cents ($1.50) per hour worked by each employee covered by the terms of the Agreement to the New England Laborers' Unified Trust Fund. *See* Exhibit A to Plaintiffs' Complaint at page 18.

10. Pursuant to the Agreement, Royal Drywall was obligated to pay fifty cents (50¢) per hour worked by each employee covered by the terms of the Agreement to the Rhode Island Laborers' Legal Services Fund. *See* Exhibit A to Plaintiffs' Complaint at page 19.

11. Pursuant to the Agreement, Royal Drywall was obligated to pay two dollars and thirty-five cents ($2.35) per hour worked by each employee covered by the terms of the Agreement to the Rhode Island Laborers' Annuity Fund. *See* Exhibit A to Plaintiffs' Complaint at page 20.

12. Pursuant to the Agreement, Royal Drywall was obligated to pay fifteen (15¢) cents per hour worked by each employee covered by the terms of the agreement to the Rhode

Island Construction Industry Advancement Fund. *See* Exhibit A to Plaintiffs' Complaint at page 21.

13. Pursuant to the Agreement, Royal Drywall was obligated to make payments to each of the above-listed funds no later than the twentieth (20th) day of each and every month for all hours worked by employees covered by the Agreement. *See* Exhibit A to Plaintiffs' Complaint at pages 13-21.

14. Pursuant to the Agreement, Royal Drywall was also obligated to deduct seventy (70¢) cents per hour worked from the wages of each employee who was or became a member of Plaintiff Union and who authorized said deductions in writing in accordance with the Agreement, and to pay said deducted amounts to Plaintiff Union. *See* Exhibit A to Plaintiffs' Complaint at page 22.

15. Royal Drywall employed various members of Plaintiff Union during the months of July, August, September, October, November and December 2003. Copies of the Employer's Remittance Reports submitted by Royal Drywall listing the number of hours worked and the amounts owed are attached hereto as **Exhibit A**.

16. Pursuant to the Employer's Remittance Reports submitted by Royal Drywall, Royal Drywall was required to make contributions to the Plaintiff Funds totaling $33,470.40 and union dues totaling $1,741.60. *See* Exhibit A.

17. To date, Royal Drywall has not paid the fund contributions or union dues set forth in the Employer Remittance Reports. *See* Affidavit of Ronald M. Coia attached as **Exhibit B**.

18. Royal Drywall is severally liable for both union dues and fund contributions under the Agreement. *See* Exhibit A to Plaintiffs' Complaint at page 24.

19. Plaintiff Funds and Plaintiff Union are not parties to the alleged agreement between Royal Drywall and O. Ahlborg & Sons for the payment of union dues and fund contributions.

Dated: Providence, Rhode Island
May 22, 2007

RONALD M. COIA, et al.
By their attorneys,

/s/ Robert P. Brooks
ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
rbrooks@apslaw.com
jlaporte@apslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May 2007, I electronically filed the attached Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment with the court using the ECF system. The following counsel of record are registered with the court and will be served electronically through the ECF system:

Linn F. Freedman, Esq.
Nixon Peabody, LLP
One Citizens Plaza, Suite 500
Providence, RI, 02903

John E. Bulman, Esq.
Joseph P. Quinn, Esq.
Little Medeiros Kinder Bulman & Witney, P.C.
72 Pine Street
Providence, RI 02903

/s/ Robert P. Brooks

*418189_1.doc*

# RHODE ISLAND LABORERS' BENEFIT FUNDS

REPORTS ARE DUE BY THE 20TH DAY OF THE MONTH FOLLOWING THE MONTH REPORTED.

200 MIDWAY ROAD, SUITE 169
CRANSTON, RHODE ISLAND 02920
(401) 942-8690 FAX (401) 943-4837

## EMPLOYER'S REMITTANCE REPORT

K68 ROYAL

FIRM NAME AND ADDRESS

ROYAL DRYWALL & CONSTR. CO
PO BOX 4086
FALL RIVER MA 02723

| ENDING DATE OF LAST PAYROLL PERIOD IN THE MONTH | NUMBER OF PAYROLL PERIODS WHICH ENDED DURING MONTH |
|---|---|
| 7/26/03 | 4 |

☐ CHANGE OF ADDRESS ☐ INACTIVE
☐ SEND MORE FORMS ☐ FINAL REPORT

## REPORT OF ALL HOURS — *ENCLOSE ALL INFORMATION IN DUPLICATE*

| EMPLOYEE'S SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE LAST | FIRST | LOCAL UNION NO. | HOURS PAID BY PAYROLL PERIOD | TOTAL HOURS | UNION DUES | JOB LOCATION |
|---|---|---|---|---|---|---|---|
| [illegible] | Gomfin | Delino | 271 | [illegible] | 138.5 | 96.95 | JPL Providence |
| [illegible] | Marquis | Jose I | 271 | [illegible] | 146 | 102.20 | " |
| [illegible] | Rodrigues | [illegible] | 271 | [illegible] | 161 | 112.70 | " |

FALSIFYING ANY INFORMATION CONTAINED IN THIS REPORT MAY SUBJECT EMPLOYERS AND THEIR OFFICERS, DIRECTORS OR OWNERS TO CRIMINAL PENALTIES INCLUDING FINES AND IMPRISONMENT UNDER 18 UNITED STATES CODE SEC. 1027

TOTAL NUMBER OF PAGES USED FOR THIS REPORT: 1
TOTAL NUMBER OF EMPLOYEES REPORTED ON ALL PAGES OF THIS REPORT: 3
TOTAL NUMBER OF HOURS LISTED ON ALL PAGES OF THIS REPORT: 445.5

CONTRIBUTIONS DUE:

| Fund | Rate | Amount |
|---|---|---|
| PENSION FUND | @ 3.60 PER HOUR | $1,603.80 |
| HEALTH FUND | @ 4.73 PER HOUR | $[illegible] |
| TRAINING FUND | @ .35 PER HOUR | $155.93 |
| INDUSTRY ADVANCEMENT FUND | @ .15 PER HOUR | $66.83 |
| LEGAL SERVICES FUND | @ .45 PER HOUR | $200.48 |
| ANNUITY FUND | @ 2.25 PER HOUR | $1,002.40 |
| LABOR-MANAGEMENT COOPERATION FUND | @ .15 PER HOUR | $66.83 |
| HEALTH & SAFETY FUND | @ .15 PER HOUR | $66.83 |
| UNIFIED TRUST FUND | @ 1.50 PER HOUR | $668.25 |
| CONTRIBUTIONS DUE R.I. LABORERS' DUES FUND | @ .70 PER HOUR | $311.85 |

TOTAL DUE R.I. LABORERS' BENEFIT FUNDS (LINES A THROUGH J): $5,991.54
TOTAL DUE R.I. LABORERS' DUES FUNDS (LINE K): $311.85

— TWO SEPARATE CHECKS REQUIRED —
ONE PAYABLE TO R.I. LABORERS' DUES FUND FOR DUES WITHHELD - ONE PAYABLE TO R.I. LABORERS' BENEFIT FUNDS FOR ALL OTHER CONTRIBUTION

SIGNATURE ______ DATE ______

EXHIBIT
A

# RHODE ISLAND LABORERS' BENEFIT FUNDS

200 MIDWAY ROAD, SUITE 169
CRANSTON, RHODE ISLAND 02920
(401) 942-8690 FAX (401) 943-4837

REPORTS ARE DUE BY THE 20th DAY OF THE MONTH FOLLOWING THE MONTH REPORTED.

## EMPLOYER'S REMITTANCE REPORT

K65

| ENDING DATE OF LAST PAYROLL PERIOD IN THE MONTH | NUMBER OF PAYROLL PERIODS WHICH ENDED DURING MONTH |
|---|---|
| 8/29/2003 | 5 |

FIRM NAME AND ADDRESS
[illegible] Drywall + Construction Co.
[illegible]
[illegible] River MA [illegible]

☐ CHANGE OF ADDRESS ☐ INACTIVE
☐ SEND MORE FORMS ☐ FINAL REPORT

### REPORT OF ALL HOURS — ENCLOSE ALL INFORMATION IN DUPLICATE

| EMPLOYEE'S SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE LAST | FIRST | LOCAL UNION NO. | HOURS PAID BY PAYROLL PERIOD | TOTAL HOURS | UNION DUES | JOB LOCATION |
|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 179 | 125.30 | [illegible] Providence |
| [illegible] | Machado Sr. | Jose | [illegible] | [illegible] | 177.5 | 124.25 | " |
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | 182.5 | 127.75 | " |

TOTAL NUMBER OF PAGES USED FOR THIS REPORT: 1
TOTAL NUMBER OF EMPLOYEES REPORTED ON ALL PAGES OF THIS REPORT: 3
TOTAL NUMBER OF HOURS LISTED ON ALL PAGES OF THIS REPORT: 539

CONTRIBUTIONS DUE:

| Fund | Rate | Amount |
|---|---|---|
| PENSION FUND | @ 3.60 PER HOUR | $ 1,940.40 |
| HEALTH FUND | @ 4.75 PER HOUR | $ 2,560.25 |
| TRAINING FUND | @ .35 PER HOUR | $ 188.65 |
| INDUSTRY ADVANCEMENT FUND | @ .15 PER HOUR | $ 80.85 |
| LEGAL SERVICES FUND | @ .45 PER HOUR | $ 242.55 |
| ANNUITY FUND | @ 2.35 PER HOUR | $ 1,266.65 |
| LABOR-MANAGEMENT COOPERATION FUND | @ .15 PER HOUR | $ 80.85 |
| HEALTH & SAFETY FUND | @ .15 PER HOUR | $ 80.85 |
| UNIFIED TRUST FUND | @ 1.50 PER HOUR | $ 808.50 |
| CONTRIBUTIONS DUE R.I. LABORERS' DUE FUND | @ .70 PER HOUR | $ 377.30 |

FUND OFFICE

TOTAL DUE R.I. LABORERS' BENEFIT FUNDS (LINES A THROUGH I) $ 7,249.55
TOTAL DUE R.I. LABORERS' DUES FUNDS (LINE K) $ 377.30

— TWO SEPARATE CHECKS REQUIRED —
ONE PAYABLE TO R.I. LABORERS' DUES FUND FOR DUES WITHHELD • ONE PAYABLE TO R.I. LABORERS' BENEFIT FUNDS FOR ALL OTHER CONTRIBUTIONS

SIGNATURE ✓ TITLE ✓ DATE ✓

# RHODE ISLAND LABORERS' BENEFIT FUNDS

200 MIDWAY ROAD, SUITE 169
CRANSTON, RHODE ISLAND 02920
(401) 942-8690 FAX (401) 943-4637

REPORTS ARE DUE BY THE 20TH DAY OF THE MONTH FOLLOWING THE MONTH REPORTED.

## EMPLOYER'S REMITTANCE REPORT

K65

| ENDING DATE OF LAST PAYROLL PERIOD IN THE MONTH | NUMBER OF PAYROLL PERIODS WHICH ENDED DURING MONTH |
|---|---|
| 9/27/03 | 4 |

FIRM NAME AND ADDRESS
Royal Drywall + Construction Co.
P.O. Box 4026
Fall River, MA 02723

☐ CHANGE OF ADDRESS ☐ INACTIVE
☐ SEND MORE FORMS ☐ FINAL REPORT

### REPORT OF ALL HOURS — *ENCLOSE ALL INFORMATION IN DUPLICATE*

| SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE LAST [redacted] FIRST | LOCAL UNION NO. | HOURS PAID BY PAYROLL PERIOD | TOTAL HOURS | UNION DUES | JOB LOCATION |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | 140 | 98.00 | JPI Providence |
| [illegible] | [illegible] | [illegible] | [illegible] | 152 | 106.40 | " |
| [illegible] | [illegible] | [illegible] | [illegible] | 151 | 105.70 | " |

TOTAL NUMBER OF PAGES USED FOR THIS REPORT: 1
TOTAL NUMBER OF EMPLOYEES REPORTED ON ALL PAGES OF THIS REPORT: 3
TOTAL NUMBER OF HOURS LISTED ON ALL PAGES OF THIS REPORT: 443

**CONTRIBUTIONS DUE:**

| Fund | Rate | Amount |
|---|---|---|
| PENSION FUND | @ 3.60 PER HOUR | $ 1594.80 |
| HEALTH FUND | @ 4.75 PER HOUR | $ 2104.25 |
| TRAINING FUND | @ .35 PER HOUR | $ 155.05 |
| INDUSTRY ADVANCEMENT FUND | @ .15 PER HOUR | $ 66.45 |
| LEGAL SERVICES FUND | @ .45 PER HOUR | $ 199.35 |
| ANNUITY FUND | @ 2.35 PER HOUR | $ 1041.05 |
| LABOR-MANAGEMENT COOPERATION FUND | @ .15 PER HOUR | $ 66.45 |
| HEALTH & SAFETY FUND | @ .15 PER HOUR | $ 66.45 |
| UNIFIED TRUST FUND | @ 1.50 PER HOUR | $ 664.50 |
| CONTRIBUTIONS DUE R.I. LABORERS' DUE FUND | @ .70 PER HOUR | $ 310.10 |

FUND OFFICE

TOTAL DUE R.I. LABORERS' BENEFIT FUNDS (LINES A THROUGH I) $ 5,958.85
TOTAL DUE R.I. LABORERS' DUES FUNDS (LINE K) $ 310.10

— TWO SEPARATE CHECKS REQUIRED —

*PAYABLE TO R.I. LABORERS' DUES FUND FOR DUES WITHHELD • ONE PAYABLE TO R.I. LABORERS' BENEFIT FUNDS FOR ALL OTHER CONTRIBUTIONS*

SIGNATURE ✓ ________ TITLE ✓ ________ DATE ✓ ________

# RHODE ISLAND LABORERS' BENEFIT FUNDS

200 MIDWAY ROAD, SUITE 169
CRANSTON, RHODE ISLAND 02920
(401) 942-8690 FAX (401) 943-4837

REPORTS ARE DUE BY THE 20th DAY OF THE MONTH FOLLOWING THE MONTH REPORTED.

## EMPLOYER'S REMITTANCE REPORT

K65

FIRM NAME AND ADDRESS

| ENDING DATE OF LAST PAYROLL PERIOD IN THE MONTH | NUMBER OF PAYROLL PERIODS WHICH ENDED DURING MONTH |
|---|---|
| 10/31/03 | 5 |

☐ CHANGE OF ADDRESS ☐ INACTIVE

☐ SEND MORE FORMS ☐ FINAL REPORT

### REPORT OF ALL HOURS — *ENCLOSE ALL INFORMATION IN DUPLICATE*

| EMPLOYEE'S SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE (LAST, FIRST) | LOCAL UNION NO. | HOURS PAID BY PAYROLL PERIOD | TOTAL HOURS | UNION DUES | JOB LOCATION |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | 271 | [illegible] | 216.50 | 147.35 | JPT Providence |
| [illegible] | [illegible] | 271 | [illegible] | 201.50 | 145.25 | " " |
| [illegible] | [illegible] | 271 | [illegible] | 201.50 | 145.25 | " " |

TOTAL NUMBER OF PAGES USED FOR THIS REPORT: 1

TOTAL NUMBER OF EMPLOYEES REPORTED ON ALL PAGES OF THIS REPORT: 3

TOTAL NUMBER OF HOURS LISTED ON ALL PAGES OF THIS REPORT: 615.50

CONTRIBUTIONS DUE:

| Fund | Rate | | Amount |
|---|---|---|---|
| PENSION FUND | @ 3.60 | PER HOUR | $[illegible] |
| HEALTH FUND | @ 4.75 | PER HOUR | $[illegible] |
| TRAINING FUND | @ .35 | PER HOUR | $[illegible] |
| INDUSTRY ADVANCEMENT FUND | @ .15 | PER HOUR | $[illegible] |
| LEGAL SERVICES FUND | @ .48 | PER HOUR | $[illegible] |
| ANNUITY FUND | @ 2.35 | PER HOUR | $[illegible] |
| LABOR-MANAGEMENT COOPERATION FUND | @ .15 | PER HOUR | $[illegible] |
| HEALTH & SAFETY FUND | @ .15 | PER HOUR | $[illegible] |
| UNIFIED TRUST FUND | @ 1.80 | PER HOUR | $[illegible] |
| CONTRIBUTIONS DUE R.I. LABORERS' DUE FUND | @ .70 | PER HOUR | $[illegible] |

FUND OFFICE

TOTAL DUE R.I. LABORERS' BENEFIT FUNDS (LINES A THROUGH I) $ 8413.01

TOTAL DUE R.I. LABORERS' DUES FUNDS (LINE K) $ 431.85

— TWO SEPARATE CHECKS REQUIRED —

*ONE PAYABLE TO R.I. LABORERS' DUES FUND FOR DUES WITHHELD • ONE PAYABLE TO R.I. LABORERS' BENEFIT FUNDS FOR ALL OTHER CONTRIBUTIONS*

SIGNATURE ✓ ____________ TITLE ✓ ____________ DATE ✓ ____________

# RHODE ISLAND LABORERS' BENEFIT FUNDS

200 MIDWAY ROAD, SUITE 169
CRANSTON, RHODE ISLAND 02920
(401) 942-6690 FAX (401) 943-4837

REPORTS ARE DUE BY THE 20th DAY OF THE MONTH FOLLOWING THE MONTH REPORTED.

## EMPLOYER'S REMITTANCE REPORT

K56

| ENDING DATE OF LAST PAYROLL PERIOD IN THE MONTH | NUMBER OF PAYROLL PERIODS WHICH ENDED DURING MONTH |
|---|---|
| 12/5/02 | 1 |

FIRM NAME AND ADDRESS
Royal Drywall & Construction Co.
P.O. Box 4086
Fall River, MA 02723

☐ CHANGE OF ADDRESS ☐ INACTIVE
☐ SEND MORE FORMS ☐ FINAL REPORT

### REPORT OF ALL HOURS — *ENCLOSE ALL INFORMATION IN DUPLICATE*

| | EMPLOYEE'S SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE LAST | FIRST | LOCAL UNION NO. | HOURS PAID BY PAYROLL PERIOD | | | | | TOTAL HOURS | UNION DUES | JOB LOCATION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 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 | Damão | Delduino | 271 | 12-4 | | | | | 16 | 11.20 | Jet Providence |
| 2 | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | |

TOTAL NUMBER OF PAGES USED FOR THIS REPORT: 1
TOTAL NUMBER OF EMPLOYEES REPORTED ON ALL PAGES OF THIS REPORT: 1
TOTAL NUMBER OF HOURS LISTED ON ALL PAGES OF THIS REPORT: 16

CONTRIBUTIONS DUE:

| Fund | Rate | | Amount |
|---|---|---|---|
| A. PENSION FUND | @ 3.85 | PER HOUR | $ 61.60 |
| B. HEALTH FUND | @ 4.75 | PER HOUR | $ 76.00 |
| C. TRAINING FUND | @ .35 | PER HOUR | $ 5.60 |
| D. INDUSTRY ADVANCEMENT FUND | @ .15 | PER HOUR | $ 2.40 |
| E. LEGAL SERVICES FUND | @ .45 | PER HOUR | $ 7.20 |
| F. ANNUITY FUND | @ 2.55 | PER HOUR | $ 40.80 |
| G. LABOR-MANAGEMENT COOPERATION FUND | @ .15 | PER HOUR | $ 2.40 |
| H. HEALTH & SAFETY FUND | @ .15 | PER HOUR | $ 2.40 |
| I. UNIFIED TRUST FUND | @ 1.50 | PER HOUR | $ 24.00 |
| J. | | | |
| K. CONTRIBUTIONS DUE R.I. LABORERS' DUE FUND | @ .70 | PER HOUR | $ 11.20 |

FUND OFFICE

TOTAL DUE R.I. LABORERS' BENEFIT FUNDS (LINES A THROUGH I) $ 222.40
TOTAL DUE R.I. LABORERS' DUES FUNDS (LINE K) $ 11.20

— TWO SEPARATE CHECKS REQUIRED —
*ONE PAYABLE TO R.I. LABORERS' DUES FUND FOR DUES WITHHELD - ONE PAYABLE TO R.I. LABORERS' BENEFIT FUNDS FOR ALL OTHER CONTRIBUTIONS*

SIGNATURE Antonio [signature] TITLE President DATE

# RHODE ISLAND LABORERS' BENEFIT FUNDS

REPORTS ARE DUE BY THE ___ DAY OF THE MONTH FOLLOW THE MONTH REPORTED.

200 MIDWAY ROAD, SUITE 169
CRANSTON, RHODE ISLAND 02920
(401) 942-8690 FAX (401) 943-4837

## EMPLOYER'S REMITTANCE REPORT

K65

| ENDING DATE OF LAST PAYROLL PERIOD IN THE MONTH | NUMBER OF PAYROLL PERIODS WHICH ENDED DURING MONTH |
|---|---|
| 11/29/03 | 4 |

FIRM NAME AND ADDRESS

Royal Drywall & Construction Co.
P.O. Box 4086
Fall River, MA 02723

☐ CHANGE OF ADDRESS ☐ INACTIVE
☐ SEND MORE FORMS ☐ FINAL REPORT

### REPORT OF ALL HOURS — *ENCLOSE ALL INFORMATION IN DUPLICATE*

| EMPLOYEE'S SOCIAL SECURITY NUMBER | NAME OF EMPLOYEE LAST, FIRST | LOCAL UNION NO. | HOURS PAID BY PAYROLL PERIOD | | | | TOTAL HOURS | UNION DUES | JOB LOCATION |
|---|---|---|---|---|---|---|---|---|---|
| 1-30-5967 | Bomfin, Deldino | 271 | 11/8 | 11/15 | 11/22 | 11/29 | 160 | 112.00 | JPI Providence |
| 0-62-8884 | Monchique Sr, Jose J. | 271 | 11/8 | 11/15 | | | 92 | 64.40 | " " |
| 13-74-7194 | Rodrigues, Duarte H. | 271 | 11/8 | 11/15 | 11/22 | 11/29 | 167 | 116.90 | " " |

TOTAL NUMBER OF PAGES USED FOR THIS REPORT: 1
TOTAL NUMBER OF EMPLOYEES REPORTED ON ALL PAGES OF THIS REPORT: 3
TOTAL NUMBER OF HOURS LISTED ON ALL PAGES OF THIS REPORT: 419

CONTRIBUTIONS DUE:

| Fund | Rate | | Amount |
|---|---|---|---|
| PENSION FUND | @ 3.60 | PER HOUR | $ 1508.40 |
| HEALTH FUND | @ 4.75 | PER HOUR | $ 1990.25 |
| TRAINING FUND | @ .35 | PER HOUR | $ 146.65 |
| INDUSTRY ADVANCEMENT FUND | @ .15 | PER HOUR | $ 62.85 |
| LEGAL SERVICES FUND | @ .45 | PER HOUR | $ 188.55 |
| ANNUITY FUND | @ 2.35 | PER HOUR | $ 984.65 |
| LABOR-MANAGEMENT COOPERATION FUND | @ .15 | PER HOUR | $ 62.85 |
| HEALTH & SAFETY FUND | @ .15 | PER HOUR | $ 62.85 |
| UNIFIED TRUST FUND | @ 1.50 | PER HOUR | $ 628.50 |

FUND OFFICE

CONTRIBUTIONS DUE R.I. LABORERS' DUE FUND .... @ .70 PER HOUR $ 293.30

TOTAL DUE R.I. LABORERS' BENEFIT FUNDS (LINES A THROUGH I) $ 5635.55
TOTAL DUE R.I. LABORERS' DUES FUNDS (LINE K) $ 293.30

— TWO SEPARATE CHECKS REQUIRED —

*ONE PAYABLE TO R.I. LABORERS' DUES FUND FOR DUES WITHHELD • ONE PAYABLE TO R.I. LABORERS' BENEFIT FUNDS FOR ALL OTHER CONTRIBUTIONS*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RONALD M. COIA
As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO,

v. C.A. No. 04-267ML

ROYAL DRYWALL & CONSTRUCTION CO., INC.

v.
O. Ahlborg & Sons, Inc.

**AFFIDAVIT OF RONALD M. COIA**

I, Ronald M. Coia, being duly sworn, hereby deposes and says:

1. I am Trustee of the Rhode Island Laborers' Health Fund, the Rhode Island Laborers' Pension Fund, the New England Laborers' Training Trust Fund, the New England Laborers' Labor Management Cooperation/Trust Fund, the New England Laborers' Health & Safety Fund, the New England Laborers' Unified Trust Fund, the Rhode Island Laborers' Annuity Fund, the Rhode Island Laborers' Legal Services Fund, the Rhode Island Construction Industry Advancement Fund.

2. I have personal knowledge of the information set forth herein.

EXHIBIT
B

3. To date, Royal Drywall has not paid union dues or fund contributions owed for the months of July, August, September, October, November and December 2003.

RONALD M. COIA

Subscribed and sworn to before me this 22nd day of May, 2007.

Notary Public
My Commission Expires: 7/25/2007

*418461_1.doc*