UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RONALD M. COIA<br>As Trustee of the Rhode Island Laborers Health Fund; the Rhode Island Laborers' Pension Fund; the New England Laborers' Training Trust Fund; the New England Laborers' Labor Management Cooperation/Trust Fund; the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund; the Rhode Island Laborers' Annuity Fund; the Rhode Island Laborers' Legal Services Fund; the Rhode Island Construction Industry Advancement Fund; and the RHODE ISLAND LABORERS' DISTRICT COUNCIL OF THE LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, AFL-CIO, | : | |
| v. | : | C.A. No. 04-267ML |
| ROYAL DRYWALL & CONSTRUCTION CO., INC. | : | |
| v. | : | |
| O. Ahlborg & Sons, Inc. | : | |

**CONSENT JUDGMENT AND ORDER**

By agreement of the Plaintiffs Ronald M. Coia, as Trustee of the Rhode Island Laborers' Health Fund, the Rhode Island Laborers' Pension Fund, the Rhode Island Laborers' Training Trust Fund, the New England Laborers' Labor Management Cooperation/Trust Fund, the New England Laborers' Health & Safety Fund; the New England Laborers' Unified Trust Fund, the Rhode Island Laborers' Annuity Fund, the Rhode Island Laborers' Legal Services Fund, the Rhode Island Construction Industry Advancement Fund, and the Rhode Island Laborers' District

Council of the Laborers' International Union of North America, AFL-CIO (collectively the "Rhode Island Laborers") and the Defendant Royal Drywall & Construction, Inc. and by Order of the Court, judgment hereby enters in favor of the Rhode Island Laborers and against Royal Drywall & Construction, Inc. in the amount of $35,212.

Enter as an Order of this Court this _____ day of __________, 2007.

ENTER:

_______________________________
Clerk

ORDER:

_______________________________
Honorable Mary M. Lisi

Respectfully submitted,

RONALD M. COIA, et al.
By their Attorneys,

/s/ Jaime J. LaPorte
ROBERT P. BROOKS (#3721)
JAIME J. LAPORTE (#6668)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: (401) 274-7200
Fax: (401) 751-0604 - 351-0607
Dated: May 25, 2007

ROYAL DRYWALL AND
CONSTRUCTION, CO., INC.
By its Attorney,

/s/ Linn F. Freedman
LINN F. FREEDMAN (#4778)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1108
Fax: (866) 807-6621
Dated: May 25, 2007

*418076_1.doc*